**2010–0118.   Tobacco Use Prevention & Control Found. v. Boyce.**
Franklin App. Nos. 09AP–768, 09AP–769, 09AP–785, 09AP–786, 09AP–832, and 09AP–833, 2009-Ohio-
6993.